# Court of Appeals
# of the State of Georgia

ATLANTA,  June 21, 2024

*The Court of Appeals hereby passes the following order:*

**A24D0361. CODELL GRANT v. THE STATE.**

In 2020, Codell Grant was convicted of statutory rape and sentenced as a first offender to 20 years with the first 4 years in confinement and the remainder on probation. Following his release on probation, the trial court found in April 2024 that Grant had violated his probation, adjudicated him guilty of the underlying statutory rape charge, and resentenced him to 20 years with the first 8 years in confinement. Grant then filed this application for discretionary appeal. However, the Georgia Supreme Court has determined that the entry of an adjudication of guilt and revocation of a defendant's first-offender status is directly appealable. See *Howard v. State*, ____ Ga. ____ (Case No. S23G1037, decided May 29, 2024).

We will grant an otherwise timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED, and Grant shall have ten days from the date of this order to file his notice of appeal with the trial court. If he has already filed a notice of appeal in the trial court, he need not file an additional notice.

The clerk of the trial court is DIRECTED to include a copy of this order in the records transmittedto the Court of Appeals.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* __06/21/2024_____

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*